IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| **FERMER PRINCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:13-CV-462 |
| v. ) | |
| ) | |
| **LVNV FUNDING, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through undersigned counsel, William Azar, and the Defendant, by and through undersigned counsel, Neal Moore, and jointly petition this Honorable Court to withdraw or vacate the Order on Summary Judgment entered on July 9, 2014, and as grounds in support show as follows:

1)  The parties conducted mediation before the Honorable Judge Wallace Capel on July 16, 2014.  To settle the case, the Defendant has agreed not to appeal the July 9, 2014, in exchange for the Plaintiff agreeing that the Order should be withdrawn and vacated.

2)  If the Order is withdrawn or vacated, the parties have reached an amicable resolution of this dispute.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request this Honorable Court to withdraw or vacate the Order of July 9, 2014, such that the Defendant

{W0394014.1 }

will not appeal it and the case may resolve. Should this motion be granted, the parties will file a Stipulation of Dismissal.

                                            Respectfully submitted,

| | |
|---|---|
| /s/ William D. Azar | /s/ Neal D. Moore, III |
| William D. Azar | Neal D. Moore, III |
| 800 South McDonough Street | Setara C. Foster |
| Montgomery, Alabama 36104 | FERGUSON, FROST & DODSON, LLP |
| *Attorney for Plaintiff* | 1400 Urban Center Drive |
| | Birmingham, Alabama 35242 |
| | *Attorneys for LVNV Funding, LLC* |

{W0394014.1 }